IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-14-195 |
| | § | |
| RACHEL C. KIETCHA-TITA, *et al* | § | |

**O R D E R**

Defendant Kietcha-Tita filed a motion for continuance and a motion to have the case deemed complex, (Docket Entry No 56.). The government and the codefendants are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The motion to deem the case complex is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | November 17, 2014 |
| Responses are to be filed by: | December 1, 2014 |
| Pretrial conference is reset to**:** | **December 8, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 15, 2014 at 9:00 a.m.** |

SIGNED on June 23, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge