| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**V.**<br><br>**KIENTCHA- TITA, et al.** | **HOUSTON DIVISION**<br><br>**H-CR-14-195S** |
| | **GOVERNMENT'S EXHIBIT LIST** |
| JUDGE LEE H. ROSENTHAL | |
| Case Manager: | SAUSA:    Suzanne Bradley<br>AUSA:     Tina Ansari |
| Court Reporter:<br><br>DATE:   11-14-2014 | Defense Attorneys<br>Mike DeGeurin (Akwarandu)<br>Richard Kuniansky (Harris)<br>OJ Lawal (Mbadugha)<br>Robert Jones (Kientcha-Tita)<br>Bassey Otu Akpaffiong (Ofoma) |
| | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1A | Medicare application | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1A1 | CD of all Medicare claims data | | | | | |
| 1A2 | Printed copy of indictment Medicare vestibular claims data by beneficiary (Ofoma patients)(2009) | | | | | |
| 1A3 | Summary chart of procedure codes in indictment with billed and paid   (4 pages) | | | | | |
| 1A4 | Remittance and Status reports from Medicare - CD | | | | | |
| 1A5 | Assorted letters from Medicare to Medstar requesting records (TB Tita 0005-6 Henry Albert; 38-40 Charles Dickens; 45-46 Kenneth Hall; Renee LeBlanc 60-62; Stanley Perkins 82-84; Melvin Pleasant 85-86; John Spike 88-90; Oliver Sherman 96-98.) | | | | | |
| 1A6 | Patient file on Renee LeBlanc | | | | | |
| 1A6A | Patient file on Stanley Perkins | | | | | |
| 1A6B | Patient file on Henry Albert | | | | | |
| 1A7 | CD of Medicare billing data – Dr. Nwora (for summary charts below) | | | | | |
| 1A8 | Medicare summary of Ofoma patients (2010) | | | | | |
| 1A9 | Affidavit for Dr. Tita patient files (1 page | | | | | |
| 1A9A | CD of Dr. Tita patient files (Medstar 1-1325) | | | | | |
| | | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1B | Medicaid application | | | | | |
| 1B1 | All Medicaid data – CD | | | | | |
| 1B2 | Printed copy of indictment Medicaid claims data by beneficiary based upon Clarissa Smith's client list for Ofoma (2009)(See 12A) | | | | | |
| 1B3 | Summary chart of procedure codes in indictment with billed and paid Medicaid amounts | | | | | |
| 1B4 | Remittance and status reports – Medicaid | | | | | |
| 1B5 | Medicaid summary on Ofoma patients (2010) | | | | | |
| 1B6 | Printed copy of Medicare claims on Cevine/ Harris patients based on Cevine superbills 3-16-09 through 6-15-09 (no Medicaid) | | | | | |
| | | | | | | |
| | **B. Bradley (overt act 12)** | | | | | |
| 1C | Medicare summary of claims data (6 pages | | | | | |
| 1C1 | Medicare summary chart of dates of service and number of claims (1 page) | | | | | |
| 1C2 | Assorted superbills (Tita.00192, 193, 194)(Ahamneze CD) | | | | | |
| | | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| | **R. Dillon (overt act 14)** | | | | | |
| 1D | Medicare summary of claims billed (9 pages | | | | | |
| 1D1 | Medicaid summary of claims billed | | | | | |
| 1D2 | Medicare summary of dates of service and number of tests | | | | | |
| 1D3 | Medicaid summary of dates of service and number of tests | | | | | |
| 1D4 | Patient file (Tita 00125-144.01) | | | | | |
| 1D5 | Assorted superbills (Tita.00123, 124)(CS-Ahamneze CD) | | | | | |
| 1D6 | Dillon patient file from   Dr. S. Chowdhury (Dillon 001-170) | | | | | |
| | | | | | | |
| | **T. Warfield (overt act 20)** | | | | | |
| 1E | Medicare summary of claims billed (9 pages | | | | | |
| 1E1 | Medicare summary of dates of service and number of tests | | | | | |
| 1E2 | Superbill (Tita.00195)(CS Ahamneze 05315) | | | | | |
| 1E3 | Dr. Adedapo patient records on T. Warfield (Warfield 001-40). | | | | | |
| | | | | | | |
| | **T. Sims (overt act 18)** | | | | | |
| 1F | Medicare summary of claims billed (1 page) | | | | | |
| 1F1 | Medicare summary of dates of service and number of tests | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1F2 | Medicaid summary of claims billed (2 pages | | | | | |
| 1F3 | Medicaid summary of dates of service and number of tests | | | | | |
| 1F4 | Patient chart (Tita 0049-67) | | | | | |
| 1F5 | Nwora summary Medicare claims | | | | | |
| 1F6 | Nwora summary of dates of service and number of tests | | | | | |
| 1F6A | Cevine superbills on T. Sims for Dr. Nwora (CS Nwora 1290, 1300, 1313, 1337, 1409, 1418, 1420) | | | | | |
| 1F7 | Bayou super bill on T. Sims (LMGJ 3570) | | | | | |
| 1F8 | Jackson Care home file (Sims 0001 – 106) | | | | | |
| 1F9 | Dr. Al Hassan's file on Sims (EGB. 0037-408)(2 files) | | | | | |
| | | | | | | |
| | **Michael Thomas (overt act 19)** | | | | | |
| 1G | (see count 7) | | | | | |
| | | | | | | |
| | **James Crockett** | | | | | |
| 1H | Medstar patient file on Crockett | | | | | |
| 1H1 | Nwora patient files on Crockett (2 files) | | | | | |
| 1H2 | Assorted Cevine superbills on James Crockett to Dr. Nwora (CS Nwora 1295,1315,1324) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 1H3 | Summary of Medicare billing on James Crockett from Nwora (16 pages) | | | | | |
| 1H4 | Summary of testing numbers and dates of service on Crockett from Dr. Nwora | | | | | |
| 1H5 | Summary of Medicare billing by Dr. Tita on Crockett | | | | | |
| | | | | | | |
| | **Patient R.Amadie. (Harris)** | | | | | |
| 2 | Summary chart of Medicare claims on R.A. (15 pages) | | | | | |
| 2A | Summary of dates of service (1 page) | | | | | |
| 2B | No exhibit | | | | | |
| 2C | Superbill related to Count 2 (6-1-09) | | | | | |
| 2D | Additional superbills related to R.A. (CS-Egbunike -00653, 728, 787, 1182, 1216, 1279,1432) (CS_Nwora 000236) | | | | | |
| 2E | Patient File   (Tita.00259-271) | | | | | |
| 2F | Medicare R&S | | | | | |
| 2G | Bank statement ($5,364.90) | | | | | |
| | | | | | | |
| | **Patient R.Richardson (Harris)** | | | | | |
| 3 | Summary chart of Medicare claims on R.R. (13 pages) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 3A | Summary of dates of service (1 page) | | | | | |
| 3B | No exhibit | | | | | |
| 3C | Superbill related to Count 3 (05-13-09) (CS-EGBUNIKE-001433) | | | | | |
| 3D | Additional Cevine superbills related to R.R. (CS-EGBUNIKE-000500; CS-EGBUNIKE-00505, 650, 724, 785; 967, 1433)( CS_NWORA_232, 93;) | | | | | |
| 3E | Patient File (Tita.00006-48) | | | | | |
| 3F | Medicare R&S ($3,874.65) | | | | | |
| 3F1 | No exhibit | | | | | |
| 3G | Bank Statement | | | | | |
| 3H | Superbills on R. Richardson from Dr. Nwora (CS-Nwora 001273, 1275, 1292, 1318, 1325, 1333,1343, 1350, 1367, 1386, 1394, 1411) | | | | | |
| | | | | | | |
| | **Patient S. McAnaney (Harris)** | | | | | |
| 4 | Summary chart of Medicare claims on S.M. (12 pages) | | | | | |
| 4A | Summary of dates of service (1 page) | | | | | |
| 4B | Summary of Medicaid claims on S.M. (12 pages) | | | | | |
| 4C | Superbill related to Count 4 (05-28-09) | | | | | |
| 4D | Additional Cevine superbills on S. McAnaney (CS | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| | Egbunike 734, 1430) | | | | | |
| 4E | Patient File (Tita.00101-122) | | | | | |
| 4F | Bank Statement | | | | | |
| 4G | Bank statement ($6,259.05) | | | | | |
| | | | | | | |
| | **Patient Charles Dickens (Mbadugha)** | | | | | |
| 5 | Summary chart of Medicare claims on C.Dickens (1 page) | | | | | |
| 5A | Summary of dates of service (1 page) | | | | | |
| 5B | No exhibit | | | | | |
| 5C | Superbill related to Count 5 (04-17-10) (LMGJ-3552) | | | | | |
| 5D | Additional superbill related to C.D. (LMGJ-3551) | | | | | |
| 5E | Bayou Patient File (LMGJ-3814) | | | | | |
| 5F | Fall Test (LMGJ-3631, 3632, 3633, 3634, 3635, 3636, 3637, 3658, 3659, 3660, 3661, 3662, 3663, 3664) | | | | | |
| 5G | Medicare R&S | | | | | |
| 5H | Bank statement | | | | | |
| | | | | | | |
| | **Scott McAnaney (Ofomo and Destiny)** | | | | | |
| 6 | See Exhibit 4 | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 6A | See 4A | | | | | |
| 6B | See 4B | | | | | |
| 6C | Superbill related to Count 6 (09-29-09)(CS EGBUNIKE 001207-08)(See below) | | | | | |
| 6D | Additional superbill related to S.M. (CS-EGBUNIKE-000971, 1077, 1214, 1280 (Destiny); | | | | | |
| 6D1 | (AKWGJ -000333, 334, 335): Superbills from Star Healthcare | | | | | |
| 6E | Patient File from Dr. Tita See 4E | | | | | |
| 6F | Medicare R&S | | | | | |
| 6G | Bank Statement | | | | | |
| | | | | | | |
| | **Patient M.Thomas** | | | | | |
| 7 | Summary chart of Medicare claims on S.M. (11 pages) | | | | | |
| 7A | Summary of dates of service (1 page) | | | | | |
| 7B | Summary of Medicaid claims on M.T. | | | | | |
| 7C | Superbill related to Count 7 (08-17-09) | | | | | |
| 7D | Additional superbill from Destiny on Michael Thomas (CS Egbunike 1211) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 7E | Patient File | | | | | |
| 7F | Medicare R&S | | | | | |
| 7G | Bank Statement ($7,153.20) | | | | | |
| | | | | | | |
| | **Patient R.Amadie** | | | | | |
| 8 | Summary chart of Medicare claims on R.A. (See 2) | | | | | |
| 8A | Summary of dates of service (1 page) (See 2A) | | | | | |
| 8B | Summary of Medicaid claims on R.A. (See 2B) | | | | | |
| 8C | Superbill related to Count 8 (8-17-09) (CS-EGBUNIKE-001083) | | | | | |
| 8D | No file (see 2D) | | | | | |
| 8E | Patient File   (See 2E) | | | | | |
| 8F | Medicare R&S statement for 8-17-09 | | | | | |
| 8G | Bank statement ($7,957.52) | | | | | |
| | | | | | | |
| | **Patient Newton Haynes** | | | | | |
| 9 | Summary chart of Medicare claims on N.Haynes (12 pages) | | | | | |
| 9A | Summary of dates of service and number of tests (1 page) | | | | | |
| 9B | Summary chart of Medicaid dates of service | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 9B1 | Summary of Medicaid claims data (7 pages) | | | | | |
| 9C | Superbill related to Count 9 (07-23-09) (Tita.00201((CS-Egbunike 976) | | | | | |
| 9D | Additional superbills related to N.H. (CS-EGBUNIKE-000499, 504, 651, 729, 788, 1438, 1435,)(Tita 00196-200)(CS Nwora 000125, 237,296) | | | | | |
| 9E | Patient File (Tita.00202-254) | | | | | |
| 9F | Medicare R&S | | | | | |
| 9G | Bank statement | | | | | |
| | | | | | | |
| | | | | | | |
| | **Patient R.Richardson** | | | | | |
| 10 | Summary chart of Medicare claims on R.R. ( see 3) | | | | | |
| 10A | Summary of dates of service (see 3A) | | | | | |
| 10B | No exhibit | | | | | |
| 10C | Superbill related to Count 10 (07-20-09)(CS-EGBUNIKE 000967) | | | | | |
| 10D | See 3D | | | | | |
| 10E | Patient File (See 3 E) | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 10F | Medicare R&S | | | | | |
| 10G | Bank Statement | | | | | |
| | | | | | | |
| | | | | | | |
| | **Yvonne Luckie, R.N.** | | | | | |
| 11A | 42 C.F.R. 410.32 | | | | | |
| 11B | Trailblazer LCD (2007) | | | | | |
| 11C | Trailblazer LCD (2008) | | | | | |
| 11D | Trailblazer LCD (2010) | | | | | |
| | | | | | | |
| | **Clarissa Smith** | | | | | |
| 12 | 6 CDs from hard drive | | | | | |
| 12A | "Dr. Rachel" chart from hard drive (3 pages) | | | | | |
| 12B | Excite Billing (Medstar 01251-1325) | | | | | |
| 12D | Assorted Destiny Superbills (Cs Nwora 0392-407, 421, 444-56, 526-38, 549, 579-90, 598-605, 639-50, 656-68, 724-34) | | | | | |
| 12E | Assorted Destiny Superbills (Cs Egbunike 966-78, 1075-87, 1147-58, 1181, 1183-90, 1207-18, 1271-78, 1281-82) | | | | | |
| | | | | | | |
| | | | | | | |
| | **Bank records** | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| | | | | | | |
| 13 | CD of Dr. Tita bank records with paper copy of same and affidavit (Bank 1-1584)(pw Phg0710109) | | | | | |
| 13A | Summary of bank records (8 pages) | | | | | |
| 13A1 | Detail of Bank of America records (68 pages **x5401**)(16 pages x**5391**)(21 pages **x7209**)(17 pages **x6514**(34 pages **x5390**)(10 pages x**6177**)(3 pages x7212)(2 pages **5023**)(x**5660** 1 page)(x3387 1 page) (x6618 1 page) | | | | | |
| 13B | CD of Clarissa Smith Bank records (Tx Dow 1-993) | | | | | |
| | | | | | | |
| 13B2 | Affidavit | | | | | |
| | | | | | | |
| 13C | CDs of Harris bank records (Eg.CHWF 001-368)(369-1324) | | | | | |
| 13C1 | Summary get from Egbunike | | | | | |
| | | | | | | |
| | | | | | | |
| 13C4 | Signature card for x2220 | | | | | |
| 13C5 | Account summary on x2220 (1 page) | | | | | |
| | | | | | | |
| 13D | BBVA Compass records for Destiny Rehabilitation Services with affidavit (Destiny 001-309) | | | | | |
| | | | | | | |
| 13E | CD of Bayou bank records from Hancock Whitney bank (EG.H-W 1-389) | | | | | |
| | | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | **Bayou Records** |  |  |  |  |  |
| 14 | Excite billing from Loretta Mbadugha with attached MedStar R&S statements (EGB.04850-55)(Egb.04856-60) |  |  |  |  |  |
| 14A | Bayou faxes to Ms. Clarissa from "Dr. M" (Egb.04877-87)(Egb.04888-92) (Egb.04893-4903) (Egb. 4904-4922) (Egb.04923-39)   (Egb.04940-4960) (Egb.04961-75) (Egb. 04976-94) |  |  |  |  |  |
| 14B | Ronnie Bryant   (LMGJ 3651-570 3977-4006) |  |  |  |  |  |
| 14C | Elton Collins (LMGJ 3286-3321, 3646-50) |  |  |  |  |  |
| 14D | Calvin Cross (LMGJ 3805-12 |  |  |  |  |  |
| 14E | James Easter (LMGJ LMGJ 816-45, 3083, 3102, 3413-15, 3230, 3235-36, 3359-60, 4620, |  |  |  |  |  |
| 14F |  Kenneth Hall (LMGJ 3665-66, 4071-97) |  |  |  |  |  |
| 14G | Stanley Perkins (LMGJ3638-69, 4007-4031) |  |  |  |  |  |
| 14H | Melvin Pleasant (LMGJ 3322-3343 |  |  |  |  |  |
| 14I | Oliver Sherman (LMGJ 3870-3911) |  |  |  |  |  |
| 14J | (LMGJ |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  | **Star/Uchesstar Records related to Dr. Tita** |  |  |  |  |  |
| 15 | L. Dean Cummings (AKWGJ 538-542) |  |  |  |  |  |
| 15A | Alma Fowlkes (AKWGJ 382-387) |  |  |  |  |  |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|---|---|---|---|---|---|---|
| 15B | Leslie McDonald (AKWGJ 460-68) | | | | | |
| 15C | Mary Penn (AKWGJ 370-72) | | | | | |
| 15D | Arthur Riley (AKWGJ 469-473) | | | | | |
| 15D1 | Tita patient file on Riley | | | | | |
| 15E | John Ringer (AKWGJ 309, 310-14) | | | | | |
| 15F | Louita Smith (AKWGJ 348-352) | | | | | |
| 15G | Alton Steptoe (AKWGJ 105, 326) | | | | | |
| 15H | Robert Tate (AKWGJ 108, 441,442) | | | | | |
| 15I | Joe Torres (AKWGJ 355-360) | | | | | |
| | | | | | | |
| 15J | Tonya Tucker records (Tucker 01-65) | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | ADMIT | N/ADM | DATE |
|-----|-------------|------|-----|-------|-------|------|
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |
|     |             |      |     |       |       |      |