United States District Court
Southern District of Texas
**ENTERED**
January 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-14-195-1 |
| | § | |
| RACHEL CHUNDENU KIENTCHA-TITA, | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 226). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 24, 2016 at 9:00 a.m.**

SIGNED on January 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge