United States District Court
Southern District of Texas
**ENTERED**
November 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| VS. | § | CRIMINAL ACTION NO. H-14-195-1 |
| RACHEL CHUNDENU KIENTCHA-TITA, | § § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 288). The motion for continuance is GRANTED. The sentencing hearing is reset to **January 5, 2017 at 9:00 a.m.**

SIGNED on November 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge