United States District Court
Southern District of Texas
**ENTERED**
February 28, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-14-195-1 |
| | § | |
| RACHEL CHUNDENU KIENTCHA-TITA, | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the surrender date, (Docket Entry No. 301). The motion for continuance is GRANTED. The surrender date will be extended by 90 days. The US Marshals Office will issue an amended order for surrender.

SIGNED on February 28, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge