**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-14-195-1 |
| | § | |
| RACHEL CHUNDENU KIENTCHA-TITA, | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the surrender date, (Docket Entry No. 306). The motion for continuance is GRANTED. The surrender date will be extended by 80 days. The US Marshals Office will issue an amended order for surrender.

SIGNED on May 19, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge