# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| | § | |
| v. | § | |
| | § | 14CR195 |
| RACHEL CHUNDENU | § | |
| KIENTCHA-TITA, M.D., ET AL | § | |

## DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RACHEL CHUNDENU KIETCHA-TITA ("Dr. Tita"), Defendant in the above entitled and numbered cause, by and through her attorney of record Gary M. Polland, and moves this Court to reduce the period of imprisonment and in support hereof would show the Court as follows:

### I.

On January 6, 2017, the Court sentenced RACHEL CHUNDENU KIETCHA-TITA to 18 months in the custody of the United States Bureau of Prisons after she entered a plea of guilty on March 11, 2015, as to Count One of the Superseding Indictment charging her with conspiracy to commit health care fraud in violation of 18 U.S.C. §1349 and §1347. Upon release, Defendant will be on supervised release for three (3) years. This sentence is to begin was to begin on March 1, 2017, but has been extended by the U.S. Attorney and the Court as Defendant is cooperating in another pending investigation and has ongoing major family health issues. The fine was waived and Defendant received a special assessment of $100 and ordered to pay restitution, in the amount $490,262.41. The Court also granted Dr. Tita the privilege of voluntary



1

surrender.

II.

The Defendant has by her efforts has demonstrated her law abiding character as Defendant has been voluntarily cooperating with the Government, by being responsive to all requests and recently provided numerous files as needed by the Government for further investigations. Defendant is readily, willing and able to continue her cooperation.

III.

Defendant, RACHEL CHUNDENU KIETCHA-TITA's health continues to be problematic requiring regular monitoring of blood pressure, sleep apnea, stress issues, and more critically her husband Mr. Edwin Tita ("Mr. Tita") has severe medical issues continuing, months after being diagnosed with diabetes mellitus. In addition, Mr. Tita is suffering from blurry vision, which means he is unable to drive, nor is he able to solely care for Dr. Tita and Mr. Tita's child who is twelve (12) years of age. There are no close friends or relatives who can replace Dr. Tita's role as mother, chief cook, care taker, driver, and home maker (see Exhibit A attached and incorporated hereto by reference).

Defendant requests the Court to consider a reduction in sentence to house arrest.

WHEREFORE, premises considered, the Defendant prays the Court grant the

Defendant's Motion for Reduction of Sentence.

2

Respectfully submitted,


By: /S/ Gary M. Polland
   Gary M. Polland
   State Bar No.:  16095800
   Federal ID No.: 4715
   2211 Norfolk Street, Suite 920
   Houston, Texas 77098
   Telephone: (713) 621-6335
   Facsimile: (713) 622-6334
   Email: pollandlaw@yahoo.com
   **ATTORNEY FOR DEFENDANT**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendant's Motion for Reduction of Sentence has been sent to all interested parties via the CM/ECF filing system, on August 21, 2017.


/S/ Gary M. Polland
Gary M. Polland

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| | § | |
| v. | § | |
| | § | 14CR195 |
| RACHEL CHUNDENU | § | |
| KIENTCHA-TITA, M.D., ET AL | § | |

## <u>ORDER</u>

On this day came on to be heard before this Honorable Court, Defendant, RACHEL CHUNDENU KIETCHA-TITA's Motion for Reduction of Sentence, in this cause, and the Court is of the opinion that said motion should be GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED that Defendant, RACHEL CHUNDENU KIETCHA-TITA's Motion for Reduction of Sentence is granted and Defendant's sentence is hereby commuted to house arrest for the duration of the required eighteen (18) month sentence.

SIGNED this the _____ day of _____, 2017.


_____
JUDGE PRESIDING

APPROVED AS TO FORM AND
ENTRY REQUESTED:


By: */S/ Gary M. Polland*
Gary M. Polland
State Bar No.: 16095800
Federal ID No.: 4715
2211 Norfolk Street, Suite 920
Houston, Texas 77098
Telephone: (713) 621-6335
Facsimile: (713) 622-6334
Email: pollandlaw@yahoo.com
ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| | § | |
| v. | § | |
| | § | 14CR195 |
| RACHEL CHUNDENU | § | |
| KIENTCHA-TITA, M.D., ET AL | § | |

## NOTICE OF HEARING

You are hereby notified that Defendant's Motion for Reduction of Sentence will be heard in 14CR195 United States District Court for the Southern District of Texas Houston Division on _____ day of _____, 2017 at ___: _____ ___.m.

Respectfully submitted,

By:*/S/ Gary M. Polland*
Gary M. Polland
State Bar No. 16095800
2211 Norfolk Street, Suite 920
Houston, Texas 77098
Telephone: (713) 621-6335
Facsimile: (713) 622-6334
**ATTORNEY FOR DEFENDANT**

6

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Hearing has been sent to all interested parties via the CM/ECF filing system, on August 21, 2017.

/S/ Gary M. Polland

Gary M. Polland



# OakBend

MEDICAL GROUP

07/26/17

To whom it may concern:

Mr. Edwin S Tita ia a patient of mine with a history of dilated cardiomyopathy and recently diagnosed with very type 2 diabetes which has been difficult to control. He has been on several different treatment regimen since February 2017 with many side effects making it hard to keep him on any particular treatment for too long.

Initially he had acute renal insufficient from his extremely elevated sugar of 500 and over. With the help of his wife, Dr Rachel K Tita, his condition is being monitored more closely preventing frequent hospitalizations.

Mr Tita has also suffered from elevated pancreatic enzymes as a side effect to one of his medications, resulting in protected fatigue and recurrent abdominal discomfort. He is currently being monitored for that with a recent change in his medications. Additionally, he is also being treated for depression with Zoloft daily as a results of his declining health and family stressors.

It is my recommendation that he needs his wife to assist him and especially his 12 year old son who needs an able adult to help him with homework and other kids activities. Dr Rachel Tita is the only one available to help her child and husband who on occasions needs her help to ger to and from work on occasions.

Please contact me if there are any questions/concerns.

Sincerely,

Gildardo Ceballos M.D
Internal Medicine
4911 Sandhill Dr
Sugar Land Tx 77479
281-633-4920

\#    SIGNED BY Gildardo A Ceballos (GAC)    07/26/2017 03:15PM

Access our patient portal online at www.oakbendmedicalgroup.com



**EXHIBIT**

*A*